FILED

2003 DEC 31 P 2: [ ]

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
HARTFORD, CT.

| | |
|---|---|
| PAMELA L. BLAIR | CIVIL ACTION NO. |
| PLAINTIFF, | 3:01CV2182(AWT) |
| v. | |
| CITIGROUP, INC., | |
| DEFENDANT. | December 3, 2003 |

### PLAINTIFF'S MOTION TO EXTEND THE DEADLINE TO ENTER THE ORDER OF DISMISSAL BY 30 DAYS FROM JANUARY 2, 2004 TO FEBRUARY 1, 2004

The plaintiff, Pamela Blair, moves to extend by 30 days the deadline to enter the Order of Dismissal from January 2, 2004 to February 1, 2004. The parties have been unable to finalize the settlement agreement due to conflicting vacation schedules but are confident that they will be able to do so on or before February 1, 2004. This is the plaintiff's first request for an extension of the deadline to enter the Order of Dismissal. Defendant's counsel, Zachary Osborne, represented that defendant does not oppose this motion for an extension.

THE PLAINTIFF,

By: _____
Gary Phelan (CT 03670)
Gary Phelan, LLC
433 South Main Street, Suite 117
West Hartford, CT 06110
(860) 313-5005

## CERTIFICATION OF SERVICE

A copy of this motion for extension was mailed on December 30, 2003 to the following counsel of record:

Zachary Osborne
Carla R. Walworth
Yolanda Seals Coffield
Paul, Hastings, Janufsky & Walker
1055 Washington Blvd.
Stamford, CT 06901-2217

Tammy Marzigliano
Joseph & Herzfeld, LLP
757 Third Avenue
25th Floor
New York, NY 10017

_____
Gary Phelan