FILED

2003 DEC 31 P

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| PAMELA L. BLAIR | CIVIL ACTION NO. |
| PLAINTIFF, | 3:01CV2182(AWT) |
| v. | |
| CITIGROUP, INC., | |
| DEFENDANT. | December 3, 2003 |

**PLAINTIFF'S MOTION TO EXTEND THE DEADLINE TO ENTER THE ORDER OF DISMISSAL BY 30 DAYS FROM JANUARY 2, 2004 TO FEBRUARY 1, 2004**

The plaintiff, Pamela Blair, moves to extend by 30 days the deadline to enter the Order of Dismissal from January 2, 2004 to February 1, 2004. The parties have been unable to finalize the settlement agreement due to conflicting vacation schedules but are confident that they will be able to do so on or before February 1, 2004. This is the plaintiff's first request for an extension of the deadline to enter the Order of Dismissal. Defendant's counsel, Zachary Osborne, represented that defendant does not oppose this motion for an extension.

THE PLAINTIFF,

By: _____
Gary Phelan (CT 03670)
Gary Phelan, LLC
433 South Main Street, Suite 117
West Hartford, CT 06110
(860) 313-5005

Extension GRANTED, to and including
February 2, 2004. It is so ordered.

Alvin W. Thompson, U.S.D.J.
Hartford, CT    1/8/04