UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| PAMELA L. BLAIR, | ) |
| | ) CIVIL ACTION NO. |
| | ) 3:01CV2182 (AWT) |
| Plaintiff, | ) |
| | ) |
| - against - | ) |
| | ) |
| CITIGROUP, INC., | ) |
| | ) January 22, 2004 |
| Defendant. | ) |

### DEFENDANT'S MOTION TO EXTEND THE DEADLINE TO ENTER THE ORDER OF DISMISSAL BY 15 DAYS FROM FEBRUARY 1, 2004 TO FEBRUARY 16, 2004

The Defendant, Citigroup, Inc., moves to extend by 15 days the deadline to enter the Order of Dismissal from February 1, 2004 to February 16, 2004. The parties have been unable to finalize their settlement in principal but are confident that they will be able to do so on or before February 16, 2004. This is the Defendant's first request for extension of the deadline to enter the Order of Dismissal. Plaintiff's counsel, Gary Phelan, has been contacted and consents to this motion for an extension.

Dated: January 22, 2004

Extension GRANTED, to and including February 16, 2004. It is so ordered.

Alvin W. Thompson, U.S.D.J.
Hartford, CT  1/29/04

Carla R. Walworth (ct00458)
PAUL, HASTINGS, JANOFSKY
& WALKER LLP
1055 Washington Boulevard
Stamford, CT 06901
Telephone: (203) 961-7400
Facsimile: (203) 359-3031
carlawalworth@paulhastings.com

Counsel for Defendant
CITIGROUP INC.

STM/267171.1