UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| PAMELA L. BLAIR | ) | CIVIL ACTION NO. |
| | ) | 3:01CV2182 (AWT) |
| Plaintiff, | ) | |
| | ) | |
| - against - | ) | |
| | ) | |
| CITIGROUP, INC., | ) | |
| | ) | February 12, 2004 |
| Defendant. | ) | |
| | ) | |

### DEFENDANT'S UNOPPOSED MOTION TO EXTEND THE DEADLINE TO ENTER THE ORDER OF DISMISSAL

The Defendant, Citigroup, Inc., moves to extend by 15 days the deadline to enter the Order of Dismissal from February 16, 2004 to March 2, 2004.  The parties require additional time to negotiate the final language of the settlement agreement and general release.  Though the parties have exchanged drafts and are diligently working to conclude this matter, conclusion of the matter is taking longer than originally anticipated.  This is the Defendant's second request for extension of the deadline to enter the Order of Dismissal.

Plaintiff's counsel, Gary Phelan, has been contacted and indicated that he supports this request for an extension.

Dated: February 12, 2004

Carla R. Walworth (ct00458)
PAUL, HASTINGS, JANOFSKY
 & WALKER LLP
1055 Washington Boulevard
Stamford, CT  06901
Telephone: (203) 961-7400
Facsimile:  (203) 359-3031
carlawalworth@paulhastings.com
Counsel for Defendant
CITIGROUP INC.

<u>CERTIFICATE OF SERVICE</u>

This is to certify that on this 12th day of February, 2004, a copy of the foregoing Defendant's Motion to Extend the Deadline to Enter the Order of Dismissal by 15 Days from February 16, 2004 to March 2, 2004, was served via facsimile and first class United States mail, postage prepaid, to:

Gary Phelan, Esq.
Klebanoff & Phelan, P.C.
433 South Main Street, Suite 117
West Hartford, CT  06110

Tammy Marzigliano
Joseph & Herzfeld, LLP
757 Third Avenue, 25th Floor
New York, NY 10017

Zachary R. Osborne

STM/267171.2