UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
2004 FEB 13 A 9:51
U.S. DISTRICT COURT
HARTFORD, CT.

| | |
|---|---|
| PAMELA L. BLAIR | CIVIL ACTION NO. |
| Plaintiff, | 3:01CV2182 (AWT) |
| - against - | |
| CITIGROUP, INC., | |
| Defendant. | February 12, 2004 |

**DEFENDANT'S UNOPPOSED MOTION TO EXTEND THE DEADLINE
TO ENTER THE ORDER OF DISMISSAL**

The Defendant, Citigroup, Inc., moves to extend by 15 days the deadline to enter the Order of Dismissal from February 16, 2004 to March 2, 2004. The parties require additional time to negotiate the final language of the settlement agreement and general release. Though the parties have exchanged drafts and are diligently working to conclude this matter, conclusion of the matter is taking longer than originally anticipated. This is the Defendant's second request for extension of the deadline to enter the Order of Dismissal.

Plaintiff's counsel, Gary Phelan, has been contacted and indicated that he supports this request for an extension.

Dated: February 12, 2004

Carla R. Walworth (ct00458)
PAUL, HASTINGS, JANOFSKY
 & WALKER LLP
1055 Washington Boulevard
Stamford, CT 06901
Telephone: (203) 961-7400
Facsimile: (203) 359-3031
carlawalworth@paulhastings.com
Counsel for Defendant
CITIGROUP INC.

Extension GRANTED, to and including March 2, 2004. It is so ordered.

Alvin W. Thompson, U.S.D.J.
Hartford, CT  2/18/04