UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| PAMELA L. BLAIR | CIVIL ACTION NO. |
| PLAINTIFF, | 3:01CV2182(AWT) |
| v. | |
| CITIGROUP, INC., | |
| DEFENDANT. | March 1, 2004 |



### PLAINTIFF'S UNOPPOSED MOTION TO EXTEND THE DEADLINE TO ENTER THE ORDER OF DISMISSAL

The Plaintiff, Pamela Blair, moves to extend by 18 days the deadline to enter the Order of Dismissal from March 2, 2004 to March 19, 2004. The parties require additional time to negotiate the final language of the settlement agreement and general release. The parties have not been able to resolve the agreement due to the limited availability of the undersigned attorney over the last two weeks. This is the Plaintiff's first request for extension of the deadline to enter the Order of Dismissal.

Defendant's counsel, Zachary R. Osborne has been contacted and indicated that he supports this request for an extension.

PLAINTIFF,

PAMELA L. BLAIR

By: _____
Gary Phelan (CT 03670)
Klebanoff & Phelan, P. C.
Corporate Center West
433 South Main Street, Suite 117
West Hartford, CT 06110
(860) 313-5005

## CERTIFICATE OF SERVICE

This is to certify that on this 1st day of March, 2004, a copy of the foregoing Motion to Extend the Deadline to Enter the Order of Dismissal was served via facsimile (203) 359-3031 and first class United States mail, postage prepaid to:

>Zachary R. Osborne
>Paul, Hastings, Janofsky & Walker, LLD
>1055 Washington Boulevard
>Stamford, CT 06901

_____
Gary Phelan