UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

PAMELA L. BLAIR

    PLAINTIFF,

v.

CITIGROUP, INC.,

    DEFENDANT.

CIVIL ACTION NO.

3:01CV2182(AWT)

March 1, 2004



FILED 2004 MAR -2 P 12:02 U.S. DISTRICT COURT HARTFORD, CT.

### PLAINTIFF'S UNOPPOSED MOTION TO EXTEND THE DEADLINE TO ENTER THE ORDER OF DISMISSAL

The Plaintiff, Pamela Blair, moves to extend by 18 days the deadline to enter the Order of Dismissal from March 2, 2004 to March 19, 2004. The parties require additional time to negotiate the final language of the settlement agreement and general release. The parties have not been able to resolve the agreement due to the limited availability of the undersigned attorney over the last two weeks. This is the Plaintiff's first request for extension of the deadline to enter the Order of Dismissal.

Defendant's counsel, Zachary R. Osborne has been contacted and indicated that he supports this request for an extension.

        PLAINTIFF,

        PAMELA L. BLAIR

        By: _____
        Gary Phelan (CT 03670)
        Klebanoff & Phelan, P. C.
        Corporate Center West
        433 South Main Street, Suite 117
        West Hartford, CT 06110
        (860) 313-5005

Extension GRANTED, to and including March 19, 2004. It is so ordered.

Alvin W. Thompson, U.S.D.J.
Hartford, CT   3/4/04