FILED

2004 MAR 19 P 3: 48

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| PAMELA L. BLAIR | : | CIVIL ACTION NO. |
| PLAINTIFF, | : | 3:01CV2182(AWT) |
| v. | : | |
| CITIGROUP, INC., | : | |
| DEFENDANT. | : | March 19, 2004 |

### PLAINTIFF'S UNOPPOSED MOTION TO EXTEND THE DEADLINE TO ENTER THE ORDER OF DISMISSAL

The Plaintiff, Pamela Blair, moves to extend by two weeks the deadline to enter the Order of Dismissal from March 19, 2004 to April 2, 2004. The parties require the additional time to negotiate the final language of the settlement agreement and general release. The parties have resolved almost all of the issues related to the settlement agreement, but have a couple of issues remaining, which they still need to address. This is the Plaintiff's second request for extension of the deadline to enter the Order of Dismissal. Because the undersigned counsel will be out of the office on vacation and attending a seminar through March 29, 2004, the parties will not be able to finalize the settlement until after he returns.

Defendant's counsel, Zachary R. Osborne, indicated that the Defendant does not oppose the Plaintiff's request for an extension.

PLAINTIFF,

PAMELA L. BLAIR

By: *Gary Phelan* (signature)
Gary Phelan (CT 03670)
Klebanoff & Phelan, P. C.
Corporate Center West
433 South Main Street, Suite 117
West Hartford, CT  06110
(860) 313-5005

### CERTIFICATE OF SERVICE

This is to certify that on this 19th day of March, 2004, a copy of the foregoing Motion to Extend the Deadline to Enter the Order of Dismissal was served via facsimile (203) 359-3031 and first class United States mail, postage prepaid to:

Zachary R. Osborne
Paul, Hastings, Janofsky & Walker, LLP
1055 Washington Boulevard
Stamford, CT 06901

*Gary Phelan* (signature)
Gary Phelan