UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
2004 APR 12  P 1: 34
U.S. DISTRICT COURT
HARTFORD, CT.

| | | |
|---|---|---|
| PAMELA L. BLAIR, | : | CIVIL ACTION NO. |
| | : | |
| PLAINTIFF, | : | 3:01-CV2182 (AWT) |
| | : | |
| v. | : | |
| | : | |
| CITIGROUP, INC., | : | |
| | : | |
| DEFENDANT. | : | April 5, 2004 |

### STIPULATION OF DISMISSAL
### WITH PREJUDICE TO PLAINTIFF, PAMELA L. BLAIR

Pursuant to Fed. R. Civ. P. 41(a)(1), the parties hereby stipulate to a dismissal with prejudice of the above matter. The parties stipulate to dismiss, with prejudice, all claims that were or could have been raised by the parties.

This Stipulation for Dismissal with Prejudice hereby is respectfully filed by the parties set forth below.

PLAINTIFF,

PAMELA L. BLAIR

By: _____
Gary Phelan, Esq. (CT 03670)
Gary Phelan, L.L.C.
433 South Main Street, Suite 117
West Hartford, CT 06110
(860) 313-5005
(860) 313-5350
E-mail: phelanlaw@snet.net
Counsel for Plaintiff
PAMELA L. BLAIR

DEFENDANT,

CITIGROUP, INC.

By: _____
Carla R. Walworth (CT 01599)
Zachary R. Osborne (CT 19988)
Paul, Hastings, Janofsky & Walker, LLP
1055 Washington Boulevard
Stamford, CT 06901-2217
Telephone: (203) 961-7400
E-Mail: zacharyosborne@paulhastings.com
Counsel for Defendant
CITIGROUP, INC.

SO ORDERED

_____
United States District Judge