FILED

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

2004 APR 12  P 1: 34

U.S. DISTRICT COURT
HARTFORD, CT.

| | | |
|---|---|---|
| PAMELA L. BLAIR, | : | CIVIL ACTION NO. |
| PLAINTIFF, | : | 3:01-CV2182 (AWT) |
| v. | : | |
| CITIGROUP, INC., | : | |
| DEFENDANT. | : | April 5, 2004 |

## STIPULATION OF DISMISSAL
## WITH PREJUDICE TO PLAINTIFF, PAMELA L. BLAIR

Pursuant to Fed. R. Civ. P. 41(a)(1), the parties hereby stipulate to a dismissal with prejudice of the above matter. The parties stipulate to dismiss, with prejudice, all claims that were or could have been raised by the parties.

This Stipulation for Dismissal with Prejudice hereby is respectfully filed by the parties set forth below.

| PLAINTIFF, | DEFENDANT, |
|---|---|
| PAMELA L. BLAIR | CITIGROUP, INC. |
| By: _____ | By: _____ |
| Gary Phelan, Esq. (CT 03670) | Carla R. Walworth (CT 01599) |
| Gary Phelan, L.L.C. | Zachary R. Osborne (CT 19988) |
| 433 South Main Street, Suite 117 | Paul, Hastings, Janofsky & Walker, LLP |
| West Hartford, CT 06110 | 1055 Washington Boulevard |
| (860) 313-5005 | Stamford, CT 06901-2217 |
| (860) 313-5350 | Telephone: (203) 961-7400 |
| E-mail: phelanlaw@snet.net | E-Mail: zacharyosborne@paulhastings.com |
| Counsel for Plaintiff | Counsel for Defendant |
| PAMELA L. BLAIR | CITIGROUP, INC. |

APPROVED and SO ORDERED.

_____
ALVIN W. THOMPSON, U.S.D.J.
HARTFORD, CT    04/16/04